

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00063-CV

Glenn **SAMUELS**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI24564
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting: Adrian A. Spears II, Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: April 2, 2025

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal from the trial court's order denying his motion for default judgment, which is an interlocutory order. The denial of a motion for default judgment is not subject to an interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(1)–(17); *S. Pioneer Prop. & Cas. Ins. Co. v. Wilson*, No. 01-17-00444-CV, 2018 WL 3384558, at *3 (Tex. App.—Houston [1st Dist.] July 12, 2018, no pet.) ("The denial of a motion for default judgment . . . is appealable after a final judgment or order[.]"). We ordered appellant to show cause why

this court has jurisdiction over this appeal. Although appellant filed a response to our order, his response does not demonstrate our jurisdiction over this appeal. Accordingly, this appeal is dismissed for lack of jurisdiction. *See Crain v. Murach*, No. 04-24-00591-CV, 2024 WL 4363747, at *1 (Tex. App.—San Antonio Oct. 2, 2024, no pet.) (dismissing for lack of jurisdiction interlocutory appeal from order denying motion for default judgment).

PER CURIAM